Brian P. Dolin - 182971
**JACOBSEN McELROY BOOTH & DOLIN PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.    (916) 971-4100
Fax    (916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SALDIVAR,<br><br>     Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE<br>CORPORATION; and DOES 1 to 100,<br><br>     Defendants. | Case No.: 2:25-cv-03306-TLN-CKD<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**<br><br>*Superior Court Action Filed: 03/20/25* |

**I.**
**SYNOPSIS OF CASE**

A. Claims and Defenses

Plaintiff Guadalupe Saldivar claims that on September 28, 2023, while at the Stockton Costco warehouse, she slipped on a liquid substance and fell.  She claims the fall fractured her left humerus, sprained her left hand and bruised her left knee.  Plaintiff claims Defendant Costco Wholesale Corporation was negligent and that this negligence caused the claimed incident.

Defendant Costco Wholesale Corporation ("Costco") has produced video footage documenting the claimed incident and also supporting its defense that it had no actual or

-1-

STIPULATION AND ORDER AMENDING SCHEDULING ORDER

constructive notice of the claimed incident.  Costco asserts that the video footage documents the point at which the liquid substance was spilled to the ground by a customer and proves Costco performed reasonable inspections prior to the incident.  Furthermore, Costco disputes causation of the claimed injury to Plaintiff's left arm and the medical care (past and future) Plaintiff asserts is related to the subject incident.

B. Discovery

Written discovery has been served and received, as have supboenas seeking medical and billing records.  Plaintiff's deposition is set for May___, 2026 and Costco employee's depositions are anticipated to occur in June 2026.    It is possible that a deposition of Plaintiff's treating doctor may be required to address future medical care claims which may include surgery.  Further, a medical exam may also be required.   Therefore, more discovery is contemplated by the parties. The parties now anticipate completing all anticipated depositions by July 2026.

Scheduling of discovery in this matter has been difficult due to Plaintiff counsel's paternity leave in 2025 and the fact counsel for Costco litigated two matters set for trial on October 27, 2025 and then on February 23, 2026, both of which resolved only after motions in limine had been filed.

## II.
## STIPULATION OF PARTIES TO CONTINUE DISCOVERY SCHEDULE

As noted above, additional time is required to complete discovery, designate experts and prepare expert reports.  The requested extension of the discovery timelines will also allow the parties an opportunity to pursue settlement discussions if the facts support resolution.  Based on the foregoing, the parties stipulate and agree to an extension of the discovery timelines.  The parties have not made any prior request to extend the Scheduling Order and without the short extension of discovery, it is believed the parties will be prejudiced.

In light of the foregoing, the parties stipulate to the following revised discovery timelines:

STIPULATION AND ORDER AMENDING SCHEDULING ORDER

| EVENT | CURRENT DATE/TIME | NEW DATE/TIME |
|---|---|---|
| Fact Discovery Closure | May 12, 2026 | **September 11, 2026** |
| Designation of Experts | July 13, 2026 | **November 13, 2026** |
| Supplemental Designation of Experts | August 12, 2026 | **December 14, 2026** |
| Supplemental Discovery | October 9, 2026 | **February 8, 2027** |
| Last Day to File Dispositive Motions | November 9, 2026 | **March 10, 2027** |
| Trial Setting | To be determined in light of anticipated motion for summary judgment | To be determined |
| Jury Trial | To be determined | To be determined |

Federal Rules of Civil Procedure 6(b), 16(a) and 16(b)(4) give the court broad discretion to regulate pre-trial matters, to manage its calendar, grant continuance of scheduling dates, and so direct the parties in a manner that expedites disposition of the action and facilitates settlement.  Pursuant to Local Rule 144 and as set forth above, good cause exists for the Court to grant the extensions requested under any of the Rules.

IT IS SO STIPULATED.

DATED: May 6, 2026                    **Respectfully submitted,**

*/s/ Brian P. Dolin*

By: _____

Brian P. Dolin - 182971
**JACOBSEN McELROY BOOTH & DOLIN PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.      (916) 971-4100
Fax      (916) 971-4150
bdolin@jacobsenmcelroy.com
Attorneys for COSTCO WHOLESALE
CORPORATION

-3-

STIPULATION AND ORDER AMENDING SCHEDULING ORDER

DATED: May 6, 2026                     **Respectfully submitted,**

*/s/ Howard J. Knapp (as authorized on May 5, 2026)*

By: _____

Howard Knapp - 351103
**THE LAW OFFICES OF LAWRENCE M. KNAPP**
250 Dorris Pl.
Stockton, CA  95204
Tel.     (209) 946-4440
howard@lmklaw.net
Attorneys for GUADALUPE SALDIVAR

## ORDER

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Order be, and the same hereby is, revised as set forth above in the Stipulation.

**IT IS SO ORDERED**

Date: May 6, 2026

_____

Troy L. Nunley
Chief United States District Judge

-4-

STIPULATION AND ORDER AMENDING SCHEDULING ORDER